SAMUEL BERG, Appellant, *v.* E. W. BISHOP, Respondent.

*Practice—Supreme Court.*—Appeal dismissed for failure to assign errors.

*Appeal from Phelps Circuit Court.*

*Bland & Bland,* and *Garesché & Mead,* for appellant.

*E. Perry,* and *C. D. Drake,* for respondent.

WAGNER, Judge, delivered the opinion of the court.

The respondent in this case moves the court to dismiss the appeal because the appellant has failed to assign errors according to law. The motion is sustained; the other judges concurring.